UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO. 05-11446-BKC-RAM
ENRIQUE A NAVARRO

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 4,823.57 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $      .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: __MAY 1 3 2010__           _____
                                 NANCY N. HERKERT
                                 CHAPTER 13 TRUSTEE

Copies to:

ENRIQUE A NAVARRO
12166 SW 126 AVE
MIAMI, FL 33186

MICHAEL J BROOKS, ESQUIRE
UNION PLANTERS BANK BLDG
10 NW LE JEUNE RD, SUITE 620
MIAMI, FL 33126-5431

KENDALL BREEZE HOA
300 ARAGON AVE
SUITE 205
CORAL GABLES, FL 33134

KENDALL BREEZE HOA
300 ARAGON AVE
SUITE 205
CORAL GABLES, FL 33134

HSBC/ROOMS TO GO
POB 15524
WILMINGTON, DE 19850

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   05-11446-BKC-RAM
ENRIQUE A NAVARRO

CHAPTER 13


ENRIQUE A NAVARRO

12166 SW 126 AVE
MIAMI, FL 33186


MICHAEL J BROOKS, ESQUIRE
UNION PLANTERS BANK BLDG
10 NW LE JEUNE RD, SUITE 620
MIAMI, FL 33126-5431

KENDALL BREEZE HOA            ---------$        2,206.81
300 ARAGON AVE
SUITE 205                     UNDELIVERABLE/STALE
CORAL GABLES, FL 33134        CLAIM REGISTER#  //

KENDALL BREEZE HOA            ---------$        2,355.00
300 ARAGON AVE
SUITE 205                     UNDELIVERABLE/STALE
CORAL GABLES, FL 33134        CLAIM REGISTER#  //

HSBC/ROOMS TO GO              ---------$          261.76
POB 15524                     UNDELIVERABLE/STALE
WILMINGTON, DE 19850          CLAIM REGISTER#  0


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130